**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 10, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00631-CV

## IN RE ODIS STYERS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Austin County, Texas**
**Trial Court Cause No. 2023L-8325**

---

## MEMORANDUM OPINION

On Friday, August 30, 2024, relator Odis Styers filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daniel W. Leedy, presiding judge of the County Court at Law of Austin County, to vacate the trial court's May 1, 2024 "Order of Enforcement by Contempt and Suspension

of Commitment." On September 6, 2024, this court issued an order giving relator notice that his petition for writ of mandamus would be dismissed unless relator supplemented and/or amended his petition. Relator's amended petition is not compliant with Texas Rule of Appellate Procedure 52.7(a)(1). Tex. R. App. P. 52.7(a)(1).

Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.